ACCEPTED
12-15-00018-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/10/2015 2:04:47 PM
Pam Estes
CLERK

NO. 12-15-00018-CR

IN THE

COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/10/2015 2:04:47 PM
PAM ESTES
Clerk

---

TIMOTHY TANNER VIATOR, Appellant

VS.

THE STATE OF TEXAS, Appellee

---

## STATE'S MOTION FOR LEAVE TO FILE STATE'S MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, the State of Texas by and through her Assistant Criminal District Attorney, M. Brian Evans, and hereby requests for a leave to file the State's Motion to Extend Time for Filing State's Brief and in support of same would show the court as follows:

1.      The State's Brief in this case number was due on October 29, 2015. The State failed to file its brief in a timely manner.

The undersigned is requesting leave to file the State's Motion to Extend Time for Filing State's Brief.

The undersigned is not seeking this leave for the purposes of delay.

WHEREFORE, for the foregoing reasons, the State respectfully prays that this Honorable Court accepts the filing of the State's brief.

Respectfully submitted,

M. BRIAN EVANS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24082972

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's Brief has been sent by fax to Colin McFall, 513 N. CHURCH, PALESTINE, TEXAS 75801 on this the _____ day of November, 2015 in accordance with the provisions of the Texas Rules of Criminal and Appellate Procedure.

M. BRIAN EVANS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24082972

**THE STATE OF TEXAS**      §
                                     §

**COUNTY OF ANDERSON**      §

### AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **M. BRIAN EVANS** who states on oath that the facts contained in the State's Motion for Leave to File State's Motion to Extend Time for Filing State's Brief in <u>TIMOTHY TANNER VIATOR vs. THE STATE OF TEXAS</u>, (Trial Court Cause No. 31699 in the Third Judicial District Court of Anderson County, Case No. **12-15-00018-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**M. BRIAN EVANS, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24082972**

Given under my hand and seal of office this the 10th day of November, 2015.

**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**